IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

```
IN RE: JOYCE M. WADE F/K/A JOYCE M. TURNER    )
                                               )
FIRST FRANKLIN LOAN SERVICE C/O HOME LOAN      )
SERVICES, INC./CITIBANK, N.A., AS TRUSTEE      )
FOR FIRST FRANKLIN MORTGAGE LOAN TRUST,        )
MORTGAGE LOAN ASSET-BACKED CERTIFICATES,       )
SERIES 2005-FF12,                              )
            Creditor,                          )
                                               )
   vs.                                         ) CASE NO. 06B16405
                                               ) JUDGE
                                               ) SUSAN PIERSON SONDERBY
JOYCE M. WADE F/K/A JOYCE M. TURNER,           )
                                   Debtor     )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes First Franklin Loan Service C/O Home Loan Services, Inc./Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the July 1, 2009 contractual payment and all those thereafter.

2. The following is an itemization of payments, fees and costs due on the loan as of July 2, 2009.

    a. Attorney's Fees                $250.00

    b. July 2009 Payment            $1,437.01

    c. Unpaid Attorney fees           $15.00

    d. Suspense                     ($485.00)

    Total                           $1,217.01

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, First Franklin Loan Service C/O Home Loan Services, Inc./Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12 rights to collect these amounts will remain unaffected.

Respectfully Submitted,
First Franklin Loan Service C/O Home Loan Services, Inc./Citibank, N.A., as Trustee for First Franklin Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-FF12

/s/Dana N. O'Brien
Dana N. O'Brien
ARDC#6256415

Pierce and Associates, P.C.
1 North Dearborn Street, Ste. 1300
Chicago, Illinois 60602
(312)346-9088